IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 MAR 31  AM 11: 45

CLERK_____
SO. DIST. OF GA.

DEVOAN HAWKINS,               )
                             )
        Plaintiff,           )
                             )
v.                           )        CASE NO. CV512-007
                             )
THE GEO GROUP, INC.,         )
                             )
        Defendant.           )
_____)

## O R D E R

Before the Court is the parties' Consent Motion for
Settlement. (Doc. 28.) The Court has already notified the
parties that it will not approve the proposed settlement
because it improperly settles Plaintiff's claims under the
Fair Labor Standards Act ("FLSA"). (Doc. 29.) In addition,
the Court ordered the parties to submit a revised
settlement agreement (id.) and provided additional time for
Plaintiff's counsel to locate his client (Doc. 31). The
parties have not complied with this Court's order and have
still  failed to submit a settlement agreement acceptable
under Lynn's Food Stores, Inc. v. United States, 679 F.2d
1350 (11th Cir. 1982).

Despite Plaintiff filing this complaint on February 1,
2012, the parties have neither engaged in any meaningful
discovery nor filed any dispositive motions. Moreover, the

parties have been attempting to stipulate to the dismissal of this case since January 17, 2013. (Doc. 24.) The Court has been more than patient in allowing the parties to execute a settlement agreement that properly disposes of Plaintiff's FLSA claim. Given the parties' failures and the lack of any progress in this case, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _31st_ day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA