# United States District Court
## *Southern District of Georgia*

Devoan Hawkins

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV512-7

The GEO Group, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 31, 2015, plaintiff's complaint is dismissed

without prejudice. This action stands closed.

March 31, 2015
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk